In the Matter of the Application of ANNA GRAF, Respondent.

19 AND 146 RIVINGTON STREET CORPORATION et al., Appellants.

(Submitted November 19, 1935; decided December 3, 1935.)

*David Friedmann* for motion.

No one opposed.

Motion to dismiss appeals dismissed, without costs, as academic.   (See 269 N. Y. 574.)